Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| BANG, KEVIN A | ) Case No. 2:16-14183-PHX BKM |
| BANG, PAMELA J | ) |
| | ) APPLICATION FOR ORDER |
| | ) FOR PAYMENT OF UNCLAIMED |
| | ) FUNDS TO THE U.S. |
| Debtor(s). | ) BANKRUPTCY COURT |
| | ) |

JILL H. FORD, Trustee, reports that the following dividend checks have

been issued and not presented for payment, and more than ninety (90) days has

elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 118 | 6-11-19 | US DEPT OF EDUCATION P.O. BOX 530229 ATLANTA, GA 30353-0229 | $8564.45 |
| 131 | 7-2-19 | US DEPT OF EDUCATION P.O. BOX 530229 ATLANTA, GA 30353-0229 | $687.45 |

The Trustee asks that an order be entered pursuant to □347(a) of the

Bankruptcy Code directing the Trustee to pay over the amount of $9251.90 to the

Clerk of the Court to be deposited in the Registry thereof.

September 25, 2019
_____
DATE

/s/ Jill H. Ford
_____
JILL H. FORD, TRUSTEE