# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANG, KEVIN A | ) | Case No. 2:16-14183-PHX BKM |
| BANG, PAMELA J | ) | |
| | ) | ORDER FOR PAYMENT |
| | ) | OF UNCLAIMED FUNDS |
| Debtor(s). | ) | TO THE U.S. BANKRUPTCY |
| | ) | COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $9251.90 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**SIGNED AND DATED ABOVE**